| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 14-12832 / CMG**

Rajender K Salgam  
14 Poplar Drive  
Cranbury  NJ    08512

Petition Filed Date: 02/19/2014  
341 Hearing Date: 03/27/2014  
Confirmation Date: 11/19/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2017 | $3,180.00 | - | 03/08/2017 | $3,180.00 | - | 04/07/2017 | $3,180.00 | - |
| 05/09/2017 | $3,180.00 | - | 06/22/2017 | $3,180.00 | - | 07/20/2017 | $3,180.00 | - |
| 08/22/2017 | $3,180.00 | | 10/16/2017 | $6,360.00 | | 12/15/2017 | $6,180.00 | |

**Total Receipts for the Period: $34,800.00    Amount Refunded to Debtor Since Filing: $3,154.38    Total Receipts Since Filing: $124,859.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rajender K Salgam | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $497.49 | $0.00 | $497.49 |
| 2 | Garden Savings Fcu<br>»» P/14 POPLAR DR/1ST MTG | Mortgage Arrears | $116,751.99 | $88,185.92 | $28,566.07 |
| 3 | US DEPT OF EDUCATION<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MTGLQ INVESTORS<br>»»  14 POPLAR/2ND MTG/PHH | Mortgage Arrears | $24,692.64 | $18,651.02 | $6,041.62 |
| 0 | Rajender K Salgam | Debtor Refund | $1,576.48 | $1,576.48 | $0.00 |
| 5 | Garden Savings Fcu<br>»»  14 POPLAR/1ST MTG/ORD 5/12/14 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | Rajender K Salgam | Debtor Refund | $1,577.90 | $1,577.90 | $0.00 |
| 6 | MTGLQ INVESTORS<br>»»  14 POPLAR/2ND MTG/ORD 9/25/14/PHH | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 7 | Garden Savings Fcu<br>»»  14 POPLAR/1ST MTG/ORD 10/20/14 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 8 | PLAINSBORO TOWNSHIP<br>»»  TAXES | Secured Creditors | $5,945.74 | $5,945.74 | $0.00 |
| 9 | MTGLQ INVESTORS<br>»»  14 POPLAR/2ND MTG/ORD 5/5/15/PHH | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 10 | MTGLQ INVESTORS<br>»»  14 POPLAR DRIVE/ORDER 3/8/16/PHH | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 14-12832 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | |
|---|---|---|
| Total Receipts: $124,859.38 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: $118,039.06 | Current Monthly Payment: | $3,180.00 |
| Paid to Trustee: $6,820.32 | Arrearages: | $9,720.00 |
| Funds on Hand: $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**