**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Allison J. Kiffin, Esq.
PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
Attorneys for Garden Savings Federal Credit Union

Order Filed on March 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rajender K. Salgam,

            Debtor.

Case No.: 14-12832

Adv. No.:

Hearing Date: March 21, 2018

Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING CREDITOR'S MOTION TO VACATE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: March 28, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

PETER J. LISKA, LLC

By:   /s/ *Allison J. Kiffin*
    (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings
Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Rajender K. Salgam,<br><br>              Debtor. | CASE NO: 14-12832<br>CHAPTER 13<br><br>**CONSENT ORDER RESOLVING CREDITOR'S MOTION TO VACATE THE AUTOMATIC STAY**<br><br>Hon. Christine M. Gravelle, U.S.B.J.<br>Motion Date: March 21, 2018 |

    This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by way of Motion to Vacate Stay based on the Debtor's failure to make post-petition payments on a mortgage with the Creditor, through their counsel, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, and, having conferred with Debtor's counsel, Mark S. Cherry, Esq. the parties hereby consent to the entry of the following Order:

1. The Debtor agrees to pay $2,572.00 on March 12, 2018 (October payment)
2. The Debtor agrees to pay $2,572.00 on March 26, 2018 (November payment)
3. The Debtor agrees to pay $5,146.00 on April 21, 2018 (December and January payments)
4. The Debtor agrees to pay $5,146.00 on May 21, 2018 (February and March payments)
5. The Debtor agrees to pay $5,146.00 on June 21, 2018 (April and May payments)
6. The Debtor agrees to pay $5,147.00 on July 21, 2018 (June and July payments)
7. The Debtor will then resume regular monthly payments on August 21, 2018.

2.

By signing below, the parties consent to the entry of the within Order.

_____          _____
Rajender K. Salgam, Debtor          Allison J. Kiffin, Esq.
                                    Attorney for Garden Savings
3/19/2018                           Federal Credit Union

3.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PETER J. LISKA, LLC<br>Allison J. Kiffin, Esq.<br>766 Shrewsbury Avenue<br>Tinton Falls, New Jersey 07724<br>(732) 933-7777<br>(AJK 0179)<br>Attorneys for Garden Savings Federal Credit Union<br><br>In Re:<br><br>Rajender K. Salgam,<br><br>Debtor | Case No.: __14-12832__<br><br>Chapter: __13__<br><br>Hearing Date: _____<br><br>Judge: __Christine M. Gravelle__ |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Creditor's Stay Motion__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 03/20/2018

/s/ Allison J. Kiffin
Signature of Attorney

rev.8/1/15