| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Allison J. Kiffin, Esq.<br>PETER J. LISKA, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724<br>(732) 933-7777<br>Attorneys for Garden Savings Federal Credit Union | Order Filed on March 28, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Rajender K. Salgam,<br><br>                             Debtor. | Case No.: 14-12832<br><br>Adv. No.:<br><br>Hearing Date: March 21, 2018<br><br>Judge: Christine M. Gravelle |

## CONSENT ORDER RESOLVING CREDITOR'S MOTION TO VACATE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: March 28, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

PETER J. LISKA, LLC

By:  /s/ *Allison J. Kiffin*
    (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings
Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

|  |  |
|---|---|
| In Re:<br><br>Rajender K. Salgam,<br><br>            Debtor. | CASE NO: 14-12832<br>CHAPTER 13<br><br>**CONSENT ORDER RESOLVING CREDITOR'S MOTION TO VACATE THE AUTOMATIC STAY**<br><br>Hon. Christine M. Gravelle, U.S.B.J.<br>Motion Date: March 21, 2018 |

    This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by way of Motion to Vacate Stay based on the Debtor's failure to make post-petition payments on a mortgage with the Creditor, through their counsel, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, and, having conferred with Debtor's counsel, Mark S. Cherry, Esq. the parties hereby consent to the entry of the following Order:

1. The Debtor agrees to pay $2,572.00 on March 12, 2018 (October payment)
2. The Debtor agrees to pay $2,572.00 on March 26, 2018 (November payment)
3. The Debtor agrees to pay $5,146.00 on April 21, 2018 (December and January payments)
4. The Debtor agrees to pay $5,146.00 on May 21, 2018 (February and March payments)
5. The Debtor agrees to pay $5,146.00 on June 21, 2018 (April and May payments)
6. The Debtor agrees to pay $5,147.00 on July 21, 2018 (June and July payments)
7. The Debtor will then resume regular monthly payments on August 21, 2018.

2.

By signing below, the parties consent to the entry of the within Order.

DocuSigned by:

_____       _____
Rajender K. Salgam, Debtor                Allison J. Kiffin, Esq.
                                          Attorney for Garden Savings
3/19/2018                                 Federal Credit Union

2.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PETER J. LISKA, LLC<br>Allison J. Kiffin, Esq.<br>766 Shrewsbury Avenue<br>Tinton Falls, New Jersey 07724<br>(732) 933-7777<br>(AJK 0179)<br>Attorneys for Garden Savings Federal Credit Union | |
| In Re:<br><br>Rajender K. Salgam,<br><br>Debtor | Case No.: __14-12832__<br><br>Chapter: __13__<br><br>Hearing Date: _____<br><br>Judge: __Christine M. Gravelle__ |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Creditor's Stay Motion__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options:</u>

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 03/20/2018    /s/ Allison J. Kiffin
    Signature of Attorney

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Rajender K. Salgam  
    Debtor

Case No. 14-12832-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 28, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.  
db         +Rajender K. Salgam,    14 Poplar Dr,    Cranbury, NJ 08512-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
          collections@peterliska.com
         Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Mark S Cherry    on behalf of Trustee Albert   Russo mc@markcherrylaw.com,
          dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
         Mark S Cherry    on behalf of Debtor Rajender K. Salgam mc@markcherrylaw.com,
          dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
         Michael R. DuPont    on behalf of Creditor    Garden Savings Federal Credit Union
          dupont@redbanklaw.com,    dana@redbanklaw.com
         Michael W. Herbert    on behalf of Creditor    Plainsboro Township mwherbert@hvcglaw.com
         R. A. Lebron    on behalf of Creditor    PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA,
          N.A. bankruptcy@feinsuch.com
         Rebecca Ann Solarz    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
          rsolarz@kmllawgroup.com
                                                                                                                                                                                                                                                               TOTAL: 11