| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No:   14-12832 CMG |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>MTGLQ Investors, LP | Chapter:  13<br><br>Hearing Date:<br><br>Judge:  Christine M. Gravelle |
| In re:<br>Rajender K. Salgam<br><br>                        Debtor | |

Order Filed on July 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 11, 2018**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the motion of <u>MTGLQ Investors, LP</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 14 Poplar Drive, Plainsboro Township NJ 08536**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
Movant may pursue any and all loss mitigation options with respect to the Debtor(s)
or the real property described above, including but not limited to repayment
agreement, loan modification, short sale or deed-in-lieu of foreclosure
```

United States Bankruptcy Court
District of New Jersey

In re:  
Rajender K. Salgam  
    Debtor

Case No. 14-12832-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 11, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db         +Rajender K. Salgam,   14 Poplar Dr,   Cranbury, NJ 08512-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Allison J. Kiffin    on behalf of Creditor   Garden Savings Federal Credit Union collections@peterliska.com  
        Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Mark S Cherry    on behalf of Trustee Albert   Russo mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Mark S Cherry    on behalf of Debtor Rajender K. Salgam mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Michael R. DuPont    on behalf of Creditor   Garden Savings Federal Credit Union dupont@redbanklaw.com,   dana@redbanklaw.com  
        Michael W. Herbert    on behalf of Creditor   Plainsboro Township mwherbert@hvcglaw.com  
        R. A. Lebron    on behalf of Creditor   PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA, N.A. bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
                                                                                        TOTAL: 11