Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−12832−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rajender K. Salgam
    14 Poplar Dr
    Cranbury, NJ 08512

Social Security No.:
    xxx−xx−1999

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: bwj

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-12832-CMG
Rajender K. Salgam                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db           +Rajender K. Salgam,    14 Poplar Dr,    Cranbury, NJ 08512-2144
cr           +Garden Savings Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    229 Broad Street,
               Red Bank, NJ 07701-2009
514531044    +Cap One Na,   1 S Orange St,    Wilmington, DE 19801-5006
514531047    +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
514568153    +Garden Savings Federal Credit Union,    129 Littleton Road,    Parsippany, NJ 07054-1897
514649056    +HSBC c/o PHH Mortgage Corporation,    One Mortgage Way,    Mt. Laurel, NJ 08054-4637
517123178     MTGLQ Investors, LP,    P.O. Box 52708,    Irving, CA 92619-2708
514531049    +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
515166867    +Plainsboro Twp Tax Office,    641 Plainsboro Rd,    Plainsboro, NJ 08536-2095
514619538     US Dept of Education,    Claims Filing Unit,    Po Box 8973,   Madison WI 53708-8973
514531053     Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514531041    +EDI: MERRICKBANK.COM Sep 20 2018 03:38:00      Advanta,   PO Box 9217,
               Old Bethpage, NY 11804-9017
514531042    +E-mail/Text: bankruptcy@acbhq.com Sep 20 2018 00:13:21      American Credit Bureau,
               2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
514531043     EDI: BANKAMER.COM Sep 20 2018 03:38:00      Bk Of Amer,   4060 Ogletown/stanton Rd,
               Newark, DE 19713
514531045    +EDI: CAUT.COM Sep 20 2018 03:38:00      Chase Auto Finance,   PO Box 78050,
               Phoenix, AZ 85062-8050
514566155     EDI: DISCOVER.COM Sep 20 2018 03:38:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
514531046    +EDI: DISCOVER.COM Sep 20 2018 03:38:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
514531048    +E-mail/Text: laura@redbanklaw.com Sep 20 2018 00:12:59     McKenna, DuPont, Higgins & Stone,
               PO Box 610,   Red Bank, NJ 07701-0610
514531050    +EDI: SEARS.COM Sep 20 2018 03:38:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514531051    +E-mail/Text: 00svobankruptcy@starwoodvo.com Sep 20 2018 00:13:47     Starwood Vacation Owne,
               9002 San Marco Ct,    Orlando, FL 32819-8600
514531052     EDI: CITICORP.COM Sep 20 2018 03:38:00      Thd/cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Plainsboro Township,    641 Plainsboro Road,   Plai,   Plainsboro
517123179*    MTGLQ Investors, LP,    P.O. Box 52708,   Irving, CA 92619-2708
                                                                                      TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
               collections@peterliska.com

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mark S Cherry    on behalf of Trustee Albert  Russo mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          Mark S Cherry    on behalf of Debtor Rajender K. Salgam mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          Michael R. DuPont    on behalf of Creditor    Garden Savings Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
          Michael W. Herbert    on behalf of Creditor    Plainsboro Township mwherbert@hvcglaw.com
          R. A. Lebron    on behalf of Creditor    PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA, N.A. bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

                                                                                                                  TOTAL: 11